1  SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
   JEFFREY L. WIDMAN (Pro Hac Vice pending)
2  RICHARD A. SALDINGER (Pro Hac Vice pending)
   321 North Clark Street, Suite 800
3  Chicago, IL 60610
   Telephone: (312) 541-0151
4  Facsimile: (312) 275-0586
   jlwidman@shawgussis.com
5  rsaldinger@shawgussis.com

6  FUTTERMAN & DUPREE LLP
   JAMIE L. DUPREE (158105)
7  160 Sansome Street, 17th Floor
   San Francisco, CA 94104
8  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
9  jdupree@dfdlaw.com

10 Attorneys for Defendant R.R. Donnelley & Sons Company

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 PICKETFENCE, INC., a California corporation    Case No. C 07-1551 JL
   dba SANDBOX STUDIO,
17
                    Plaintiff,                    APPLICATION OF RICHARD A.
18                                                SALDINGER FOR ADMISSION OF
           v.                                     ATTORNEY PRO HAC VICE AND
19                                                [PROPOSED] ORDER
   R.R. DONNELLEY & SONS COMPANY, a
20 Delaware corporation, and DOES 1 through 30,
   inclusive,
21
                    Defendants.
22

23

24         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25         PLEASE TAKE NOTICE that Richard A. Saldinger hereby applies to appear as counsel

26 *pro hac vice* on behalf of Defendant R.R. Donnelley & Sons Company in the above-captioned

27 action.

28

FUTTERMAN &                              1
DUPREE LLP
                  APPLICATION OF RICHARD A. SALDINGER FOR ADMISSION OF ATTORNEY PRO HAC VICE
                                                                        CASE NO. C 07-1551 JL

Dockets.Justia.com

1  This application is made pursuant to Rule 11-3 of the United States District Court,
2  Northern District of California on the grounds that Richard A. Saldinger has met the
3  requirements for admission *pro hac vice* to this Court.
4  This application is based on this application, and on the declaration of Richard A.
5  Saldinger served and filed herewith.

7  Dated: March 19, 2007       FUTTERMAN & DUPREE LLP

                                *Jamie L. Dupree*
                                JAMIE L. DUPREE (158105)
                                160 Sansome Street, 17th Floor
                                San Francisco, CA 94104
                                Telephone: (415) 399-3840
                                Facsimile: (415) 399-3838
                                jdupree@dfdlaw.com

                                *Attorneys for Defendant*
                                R.R. DONNELLEY & SONS COMPANY

## DECLARATION OF RICHARD A. SALDINGER

I, Richard A. Saldinger, declare:

1. I have been retained by Defendant R.R. Donnelley & Sons Company to appear on their behalf in the above-captioned action, and I hereby apply to appear as counsel *pro hac vice* in this Court, Rule 11-3 of the United States District Court, Northern District of California.

2. I am not a resident of California. I am an active member in good standing of the bar of Illinois (Illinois Bar No. 6209930), and am admitted to practice before U.S. District Court for the Northern District of Illinois, U.S. Court of Appeals, Seventh Circuit, and U.S. District Court for the Central District of Illinois.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court.

4. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with local counsel Jamie L. Dupree, who is attorney of record for Defendant. Ms. Dupree is a partner in the law firm Futterman & Dupree LLP, located at 160 Sansome Street, 17th Floor, San Francisco, California, 94104-2418, (415) 399-3840.

5. Payment in the amount of $210.00 has been submitted on my behalf to the Clerk of this Court along with this Application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: March 13, 2007

Richard A. Saldinger

### PROPOSED ORDER

Good cause shown, Richard A. Saldinger is hereby admitted pro hac vice in this matter.

IT IS SO ORDERED.

Honorable _____
United States District Court Judge
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

{5931 APPL A0163350.DOC}

[ TEXT ]
CASE NO. [    ]