1  SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
   JEFFREY L. WIDMAN *(Pro Hac Vice pending)*
2  RICHARD A. SALDINGER *(Pro Hac Vice pending)*
   321 North Clark Street, Suite 800
3  Chicago, IL 60610
   Telephone: (312) 541-0151
4  Facsimile: (312) 275-0586
   jlwidman@shawgussis.com
5  rsaldinger@shawgussis.com

6  FUTTERMAN & DUPREE LLP
   JAMIE L. DUPREE (158105)
7  160 Sansome Street, 17th Floor
   San Francisco, CA 94104
8  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
9  jdupree@dfdlaw.com

10 *Attorneys for Defendant R.R. Donnelley & Sons Company*


RECEIVED MAR 20 2007 / FILED MAR 26 2007 / FILED MAR 23 2007
RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT
13             NORTHERN DISTRICT OF CALIFORNIA
14                 SAN FRANCISCO DIVISION

16 | PICKETFENCE, INC., a California corporation dba SANDBOX STUDIO,   Case No. C 07-1551 JL
17 |
18 |         Plaintiff,                           **APPLICATION OF JEFFREY L. WIDMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE* AND [PROPOSED] ORDER**
19 | v.
20 | R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, and DOES 1 through 30, inclusive,
21 |
22 |         Defendants.

24      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that Jeffrey L. Widman hereby applies to appear as counsel *pro*
26 *hac vice* on behalf of Defendant R.R. Donnelley & Sons Company in the above-captioned action.

---

FUTTERMAN & DUPREE LLP

1

APPLICATION OF JEFFREY L. WIDMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 07-1551 JL

1  This application is made pursuant to Rule 11-3 of the United States District Court,
2  Northern District of California on the grounds that Jeffrey L. Widman has met the requirements
3  for admission *pro hac vice* to this Court.
4  This application is based on this application, and on the declaration of Jeffrey L. Widman
5  served and filed herewith.

7  Dated: March 19, 2007          FUTTERMAN & DUPREE LLP

                                  *Jamie L. Dupree*
                                  JAMIE L. DUPREE (158105)
                                  160 Sansome Street, 17th Floor
                                  San Francisco, CA 94104
                                  Telephone: (415) 399-3840
                                  Facsimile: (415) 399-3838
                                  jdupree@dfdlaw.com

                                  *Attorneys for Defendant*
                                  R.R. DONNELLEY & SONS COMPANY

## DECLARATION OF JEFFREY L. WIDMAN

I, Jeffrey L. Widman, declare:

1. I have been retained by Defendant R.R. Donnelley & Sons Company to appear on their behalf in the above-captioned action, and I hereby apply to appear as counsel *pro hac vice* in this Court, Rule 11-3 of the United States District Court, Northern District of California.

2. I am not a resident of California. I am an active member in good standing of the bar of Illinois (Illinois Bar No. 6226367), and am admitted to practice before the U.S. District Court, Northern District of Illinois (member of trial bar), U.S. District Court, Eastern District of Wisconsin, and Seventh Circuit Court of Appeals.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court.

4. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with local counsel Jamie L. Dupree, who is attorney of record for Defendant. Ms. Dupree is a partner in the law firm Futterman & Dupree LLP, located at 160 Sansome Street, 17th Floor, San Francisco, California, 94104-2418, (415) 399-3840.

5. Payment in the amount of $210.00 has been submitted on my behalf to the Clerk of this Court along with this Application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: March 15, 2007

_____
Jeffrey L. Widman

### PROPOSED ORDER

Good cause shown, Jeffrey L. Widman is hereby admitted pro hac vice in this matter.

IT IS SO ORDERED.

_____
Honorable
United States District Court Judge
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

{5931 APPL A0163281.DOC}

3

[ TEXT ]
CASE NO. [   ]