1  ROBERT O. WHYTE (SBN 130021)
   CHRISTINA A. DONDERO (SBN 230616)
2  **NIESAR CURLS BARTLING & WHYTE LLP**
   90 New Montgomery Street, 9th Floor
3  San Francisco, California  94105
   Telephone: (415) 882-5300
4  Facsimile: (415) 882-5400

5  Attorneys for Plaintiff
   PicketFence, Inc. doing
6  business as SandBox Studio

7

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | PICKETFENCE, INC., a California corporation | **Case No. C 07-1551 JL**
   | doing business as SANDBOX STUDIO, |
13 | | **STIPULATION AND ORDER**
   | Plaintiff, | **THEREON TO CONTINUE INITIAL**
14 | | **CASE MANAGEMENT CONFERENCE**
   | v. | **AND DATE FOR INITIAL**
15 | | **DISCLOSURES**
   | R. R. DONNELLEY & SONS COMPANY, a |
16 | Delaware corporation; and DOES 1 through 30, |
   | inclusive, |
17 |
   | Defendants |
18

19      Plaintiff Picketfence, Inc., doing business as SandBox Studio ("Plaintiff") and Defendant

20 R.R. Donnelley & Sons Company, ("Defendant") by and through their undersigned counsel,

21 hereby stipulate to the following:

22      1)      The Initial Case Management Conference originally set for June 27, 2007,

23              in Courtroom F, 15th Floor, at 10:30 a.m., is hereby continued to

24              **September 5, 2007**, at 10:30 a.m., before the Honorable James Larson,

25              Judge of the United States District Court for the Northern District of

26              California, located at 450 Golden Gate Avenue, Courtroom F, San

27              Francisco, California.  As a result of the continuance of the Initial Case

28                                        - 1 -

1    Management Conference, Plaintiff and Defendant further stipulate that:

2    2)    The date for Plaintiff and Defendant to meet and confer regarding initial

3    disclosures, early settlement, ADR process selection and discovery plan

4    pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to file a

5    Joint ADR Certification with Stipulation to ADR Process or Notice of

6    Need for ADR Phone Conference pursuant to Civil Local Rule 16-8 will be

7    **August 15, 2007**; and

8    3)    The date for Plaintiff and Defendant to submit their initial disclosures and

9    case management statement pursuant to Rule 26(a) (1) of the Federal Rules

10   of Civil Procedure will **August 29, 2007**.

11

12   Dated:   June 20, 2007                    **NIESAR CURLS BARTLING & WHYTE LLP**

13                                             By: /s/ Christina A. Dondero
                                                Christina A. Dondero
14                                             **NIESAR CURLS BARTLING & WHYTE LLP**
                                                Attorneys for Plaintiff
15                                             PicketFence, Inc. doing business as SandBox Studio

16

17   Dated:   June 20, 2007                    **SHAW GUSSIS FISHMAN GLANTZ
                                                WOLFSON & TOWBIN LLC**
18

19                                             By: /s/ Jeffrey L. Widman
                                                Jeffrey L. Widman (*Admitted Pro Hac Vice*)
20                                             **SHAW GUSSIS FISHMAN GLANTZ
                                                WOLFSON & TOWBIN LLC.**
21                                             Attorneys for Defendant
                                                R.R. Donnelley & Sons Company
22

23                                             **FUTTERMAN & DUPREE LLP**

24
                                               By: /s/ Jamie L. Dupree
25                                             Jamie L. Dupree
                                               **FUTTERMAN & DUPREE LLP**
26                                             Attorneys for Defendant
                                               R.R. Donnelley & Sons Company
27

                                               - 2 -
28

STIPULATION AND ORDER THEREON TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE No. C07-1551 JL

1

2       IT IS SO ORDERED:

3  Date:   June 21, 2007

**ORDER**

IT IS SO ORDERED

The Honorable

Judge James Larson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND ORDER THEREON TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE No. C07-1551 JL