```
1  ROBERT O. WHYTE (SBN 130021)
   CHRISTINA A. DONDERO (SBN 230616)
2  NIESAR CURLS BARTLING & WHYTE LLP
   90 New Montgomery Street, 9th Floor
3  San Francisco, California 94105
   Telephone: (415) 882-5300
4  Facsimile: (415) 882-5400

5  Attorneys for Plaintiff
   PicketFence, Inc. doing
6  business as SandBox Studio
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY, a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendants | Case No. C 07-1551 JL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

The Court is in receipt of Plaintiff Picketfence, Inc.'s, doing business as SandBox Studio ("Plaintiff") motion for administrative relief pursuant to Civil Local Rule 7-11 for an order continuing the initial case management conference and related deadlines.

The Court, having considered the papers filed in support of the motion, and any opposition thereto, and for good cause shown,

IT IS HEREBY ORDERED that the motion for administrative relief is granted.

IT IS FURTHER ORDERED that the Initial Case Management Conference is hereby continued to **November 14, 2007**, at 10:30 a.m., Courtroom F.

IT IS FURTHER ORDERED that the date for Plaintiff and Defendant to meet and confer

- 1 -

1  regarding initial disclosures, early settlement, ADR process selection and discovery plan
2  pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to file a Joint ADR
3  Certification with Stipulation to ADR Process or Notice of Need for ADR Phone
4  Conference pursuant to Civil Local Rule 16-8 is **October 24, 2007**; and

5  IT IS FURTHER ORDERED that the date for Plaintiff and Defendant to submit their
6  initial disclosures and case management statement pursuant to Rule 26(a) (1) of the
7  Federal Rules of Civil Procedure is **November 7, 2007**.

8  IT IS SO ORDERED.

9  Date: __August 9, 2007__         _____
10                                   The Honorable James Larson

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMINSITRATIVERELIEF
CASE No. C07-1551 JL