SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
JEFFREY L. WIDMAN (Admitted Pro Hac Vice)
RICHARD A. SALDINGER (Admitted Pro Hac Vice)
321 North Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151
Facsimile: (312) 275-0557
jlwidman@shawgussis.com
rsaldinger@shawgussis.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

Attorneys for Defendant R.R. Donnelley & Sons Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation dba SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. C 07-1551 JL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT R.R DONNELLEY & SONS COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |

1

FUTTERMAN &
DUPREE LLP

[PROPOSED] ORDER GRANTING R.R. DONNELLEY & SONS COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
CASE NO. C 07-1551 JL

The Court is in receipt of Defendant R.R. Donnelley & Sons Company's motion pursuant to Civil L.R. 7-9 for leave to file a motion for reconsideration of the Court's ruling on Defendant's motion to dismiss.

The Court having considered the papers filed in support of the motion for leave to file a motion for reconsideration and for good cause shown,

IT IS HEREBY ORDERED that the motion for leave to file a motion for reconsideration is hereby granted. Defendant R.R. Donnelley & Sons Company shall notice the motion for reconsideration for hearing pursuant to the Civil Local Rules.

Dated: August 10, 2007

*/s/ James Larson*
Honorable James Larson
Chief Magistrate Judge
Northern District of California