ROBERT O. WHYTE (SBN 130021)
CRISTINA M. CINCO (SBN 197224)
CHRISTINA A. DONDERO (SBN 230616)
**NIESAR & WHYTE, LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff
PicketFence, Inc. doing
business as SandBox Studio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY, a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendants | Case No. C 07-1551 JL<br><br>**STIPULATION AND ORDER THEREON TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DATE FOR INITIAL DISCLOSURES** |

Plaintiff Picketfence, Inc., doing business as SandBox Studio ("Plaintiff") and Defendant R.R. Donnelley & Sons Company, ("Defendant") by and through their undersigned counsel, hereby stipulate to the following:

1)   On August 10, 2007, the Court granted Defendant's request for leave to file a motion for reconsideration of the Court's ruling on Defendant's motion to dismiss.

2)   Accordingly, on August 14, 2007, Defendant filed a Notice of Motion and Motion for Reconsideration.

3)   On October 17, 2007, the Court heard oral argument on Defendant's Motion for Reconsideration.

- 1 -

4) The Court's ruling on Defendant's Motion for Reconsideration is currently pending.

5) Pending resolution of Defendant's Motion for Reconsideration, the Initial Case Management Conference, currently scheduled on **November 14, 2007**, in Courtroom F, 15th Floor, at 10:30 a.m., is hereby continued to **November 28, 2007**, at 10:30 a.m., before the Honorable James Larson, Judge of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, Courtroom F, San Francisco, California. As a result of the continuance of the Initial Case Management Conference, Plaintiff and Defendant further stipulate that:

6) The date for Plaintiff and Defendant to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil Local Rule 16-8 will be **November 7, 2007**; and

///

- 2 -

7) The date for Plaintiff and Defendant to submit their initial disclosures and case management statement pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure will be **November 21, 2007**.

Dated: October ___, 2007

**NIESAR & WHYTE, LLP**

By: /s/ Christina A. Dondero
Christina A. Dondero
**NIESAR & WHYTE, LLP**
Attorneys for Plaintiff
PicketFence, Inc. doing business as SandBox Studio

Dated: October 23, 2007

**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

By: /s/ Jeffrey L. Widman
Jeffrey L. Widman (*Admitted Pro Hac Vice*)
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**
Attorneys for Defendant
R.R. Donnelley & Sons Company

Dated: October 23, 2007

**FUTTERMAN & DUPREE LLP**

By: /s/ Jamie L. Dupree
Jamie L. Dupree
**FUTTERMAN & DUPREE LLP**
Attorneys for Defendant
R.R. Donnelley & Sons Company

**ORDER**

IT IS SO ORDERED:

Date: _____10-29-07_____

The Honorable James
Judge James Larson

*IT IS SO ORDERED* (seal: United States District Court, Northern District of California)

- 3 -