E-Filing

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
JEFFREY L. WIDMAN (Admitted Pro Hac Vice)
RICHARD A. SALDINGER (Admitted Pro Hac Vice)
321 North Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151
Facsimile: (312) 275-0557
jlwidman@shawgussis.com
rsaldinger@shawgussis.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

Attorneys for Defendant R.R. Donnelley & Sons Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation dba SANDBOX STUDIO,<br><br>            Plaintiff,<br><br>      v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>            Defendants. | Case No. C 07-1551 JL<br><br>[PROPOSED] ORDER SETTING NEW CASE MANAGEMENT DEADLINES |

The Court is in receipt of the application of Plaintiff Picketfence, Inc. dba SandBox Studios ("Plaintiff") to continue the initial case management conference and related deadlines and the opposition of Defendant R.R. Donnelley & Sons Company "(Defendant") thereto.

1  The Court has extended the date for the initial case management conference on three
2  previous occasions.
3  Having considered the papers and for good cause shown
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  a.  The last day for Plaintiff and Defendant to meet and confer regarding
6  initial disclosures, early settlement, ADR process selection and discovery
7  plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and to
8  file a Joint ADR Certification with Stipulation to ADR Process or Notice
9  of Need for ADR Phone Conference pursuant to Civil Local Rule 16-8
10  will be ~~November 21~~ December 19, 2007;
11  b.  The date for Plaintiff and Defendant to submit their initial disclosures and
12  case management statement pursuant to Fed.R.Civ.P. 26(a)(1) will be
13  ~~December 5, 2007~~ January 2, 2008.
14  c.  The Initial Case Management Conference, currently scheduled for
15  November 28, 2007, will be rescheduled to ~~December 12, 2007~~ January 9, 2008 at
16  10:30 a.m.
17  IT IS SO ORDERED.
18
19  Dated: 11-06-07

Honorable James Larson
Chief Magistrate Judge
Northern District of California

FUTTERMAN &
DUPREE LLP

2

[PROPOSED] ORDER SETTING NEW CASE MANAGEMENT DEADLINES
CASE NO. C 07-1551 JL