SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
JEFFREY L. WIDMAN *(Admitted Pro Hac Vice)*
RICHARD A. SALDINGER *(Admitted Pro Hac Vice)*
321 North Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151
Facsimile: (312) 275-0557
jlwidman@shawgussis.com
rsaldinger@shawgussis.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Attorneys for Defendant R.R. Donnelley & Sons Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation dba SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. C 07-1551 JL<br><br>**REQUEST OF JEFFREY L. WIDMAN, ADMITTED PRO HAC VICE, TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND ORDER**<br><br>Date: January 9, 2008<br>Time: 10:30 a.m.<br>Courtroom: Hon. James Larson |

I, Jeffrey L. Widman, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois, am admitted *pro hac vice* in this matter, and am a member Shaw Gussis Fishman Glantz Wolfson & Towbin, attorneys for defendant R.R. Donnelly ("Donnelley").

2. The Initial Case Management Conference in this matter is scheduled for January 9, 2008 at 10:30 a.m. I intend to appear on behalf of Defendant R.R. Donnelly at the CMC and respectfully request that the Court permit me to do so telephonically. I may be reached at the telephone number set forth in the caption.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 8, 2008

/s/
Jeffrey L. Widman

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/
Jamie L. Dupree

ORDER

Good cause appearing, Jeffrey L. Widman, may appear telephonically at the Initial Case Management Conference scheduled for 10:30 a.m. on January 9, 2008.

Dated: Jan 8, 2008

Hon. James Larson
Chief Magistrate Judge