Robert O. Whyte (SBN 130021)
Cristina M. Cinco (SBN 197224)
Christina A. Dondero (SBN 230616)
**NIESAR & WHYTE, LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400

Attorneys for Plaintiff/Counter-Defendant
PicketFence, Inc. doing
business as SandBox Studio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY, a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendants<br><br>R. R. DONNELLEY & SONS COMPANY, a Delaware corporation;<br><br>Counterclaimant,<br><br>v.<br><br>PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Counter-Defendant. | **Case No. C 07-1551 JL**<br><br>**AMENDMENT TO FIRST AMENDED COMPLAINT FOR DAMAGES, IMPOSITION OF CONSTRUCTIVE TRUST, DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND AN ACCOUNTING** |

IT IS HEREBY STIPULATED by and between Plaintiff/Counter-Defendant

PicketFence, Inc., a California Corporation doing business as SandBox Studio ("SandBox") on

- 1 -

the one hand, and Defendant/Counter-Claimant R.R. Donnelley & Sons Company ("Donnelley"), on the other hand, through its attorneys of record, as follows:

1) On November 16, 2007, SandBox filed its First Amended Complaint on file herein. On the caption of said First Amended Complaint, SandBox erroneously designated the Superior Court of California, County of San Francisco as the court of record for this matter, instead of the United States District Court, Northern District of California.

2) The parties wish to change the court referenced on the caption of SandBox's First Amended Complaint to the United States District Court, Northern District of California.

3) Donnelley's previously-filed Answer, Affirmative Defenses and Counterclaim to the Amended Complaint shall stand as its Answer, Affirmative Defenses and Counterclaim to the Revised Amended Complaint

**SO STIPULATED.**
Dated: January 9, 2008         **NIESAR & WHYTE LLP**

By: /s/ Robert O. Whyte
Robert O. Whyte
**NIESAR & WHYTE LLP**
Attorneys for Plaintiff/Counter-Defendant
PicketFence, Inc. doing business as SandBox Studio

Dated: January 9, 2008         **SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

By: /s/ Jeffrey L. Widman
Jeffrey L. Widman (*Admitted Pro Hac Vice*)
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC.**
Attorneys for Defendant/Counter-ClaimantR.R.
DONNELLEY & SONS COMPANY

Signatures continued on next page

| | |
|---|---|
| Dated: January 9, 2008 | **FUTTERMAN & DUPREE LLP**<br><br>By: /s/ Jamie L. Dupree<br>Jamie L. Dupree<br>**FUTTERMAN & DUPREE LLP**<br>Attorneys for Defendant<br>R.R. Donnelley & Sons Company |

**ORDER**

IT IS SO ORDERED:

Date: 1-31-09

_/s/ James Larson_
The Honorable James Larson