United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Picketfence Inc, | No. C 07-1551    JL |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| R.R. Donnelley & Sons Co., | |
| Defendants. _____/ | |

The Court reviewed the parties' separate statements regarding discovery disputes, filed at Docket Numbers 66 and 67. The Court finds that there is a considerable gap in the parties' arguments, since the two statements deal mostly with different discovery requests.

Accordingly, the Court orders the parties to meet and confer in person within two weeks of the issuance of this order, to decide at that time on dates for the depositions of Sand Box's principals, to attempt to resolve the discovery disputes discussed in both statements and, if any disputes remain unresolved, to file formal noticed motions.

IT IS SO ORDERED.

DATED: June 4, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-1551\brief-ord-66-67.wpd