**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10
11   PICKETFENCE, INC,                        No. C 07-1551  JL
12              Plaintiff,
                                              CASE MANAGEMENT AND
13        v.                                  PRETRIAL ORDER
14   R.R. DONNELLEY & SONS COMPANY,
     ET AL.,
15              Defendants.
16   _____/
17        Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case
18   management and pretrial order is entered:
19        1.   TRIAL DATE
20             a.   Jury trial will begin on June 15, 2009 at  9:30 a.m. in Courtroom F, 15th
21   Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.
22             b.   The length of the trial will be not more than 10 days.
23        2.   DISCOVERY
24             Designation of experts deadline November 20, 2008.  (Rebuttal experts due
25   January 1, 2009).
26             All discovery shall be completed by February 11, 2009.
27             In the event of a discovery dispute the parties shall use the following
28   procedure:

1   Parties shall meet and confer in person, or, if counsel are located outside the Bay

2   Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of

3   letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet

4   and confer.

5   If, after a good faith effort, the parties have not resolved their dispute, they shall

6   prepare a concise joint statement, of five pages or less, stating the nature and status of

7   their dispute. The parties shall not file affidavits or exhibits. If a joint statement is not

8   possible, each side may submit a two-page individual statement. The Court will advise the

9   parties regarding the need, if any, for formal briefing or a hearing.

10   3.   MOTIONS

11   All dispositive motions shall be served and filed not less than **thirty-five (35)** days

12   prior to the scheduled hearing date.  Any opposition shall be served and filed no later than

13   **twenty-one (21)** days prior to the hearing date.  Any reply to the opposition shall be served

14   and filed no later than **fourteen (14)** days prior to the hearing. Prior to a dispositive motion,

15   the parties shall meet and confer and, at the time the motion is filed, submit a joint

16   statement of undisputed facts.

17   Dispositive motions shall be filed by March 18, 2009 with a hearing date of April 22,

18   2009.

19   4.   PRETRIAL CONFERENCE

20   a.   A final pretrial conference shall be held on **May 20, 2009,  at 11:00**

21   **a.m.**, in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel who will

22   try the case.

23   b.   **Not less than thirty (30) days** prior to the date of the pretrial

24   conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule

25   16-10(b).

26   c.   **Not less than twenty (20) days** prior to the pretrial conference,

27   counsel or parties shall

28

United States District Court
For the Northern District of California

1    (I)    serve and file a joint pretrial statement pursuant to Local Rule 16-10

2          (b);

3    The pretrial statement shall include the disclosures required by Fed. R. Civ. P.

4    26(a)(3) as well as the following:

5    THE ACTION

6          Substance of the Action

7          Relief Prayed

8    FACTUAL BASIS FOR THE ACTION

9          Undisputed Facts

10          Disputed Factual Issues

11          Agreed Statement

12          Stipulations

13    DISPUTED LEGAL ISSUES

14          (List)

15    TRIAL PREPARATION

16          Witnesses to be Called

17          Exhibits, Schedules and Summaries;

18          Trial

19          Estimate of Trial Time

20          Use of Discovery Responses at Trial

21          Further Discovery or Motions

22    TRIAL ALTERNATIVES AND OPTIONS

23          Settlement Discussions

24          Amendments - Dismissals

25          Bifurcation, Separate Trial of Issues

26    MISCELLANEOUS

27          Any other concerns of the parties

28

1      d.      At the same time that the parties file their joint pretrial statement they

2  shall also:

3                      (ii)     Serve and file trial briefs, which shall specify each cause of

4                      action and defense remaining to be tried along with a statement of the

5                      applicable legal standard (no opposition shall be filed);

6                      (iii)     Serve and file motions *in limine*, which shall be contained in

7                      one document. Motions in limine will be decided at the Pretrial

8                      Conference.

9      e.      Serve and file a list of excerpts from discovery that will be offered at

10  trial, specifying the witness, page and line references and whether the excerpt is to be

11  offered in lieu of testimony or as impeachment;

12      f.      Serve and file a list of witnesses likely to be called at trial, in person or

13  by deposition, other than solely for impeachment or rebuttal, with a brief statement

14  describing the substance of the testimony to be given;

15      g.      Serve and file a numerical list of exhibits (including demonstrative

16  exhibits that may be admitted into evidence but not those that are purely illustrative), with a

17  brief statement describing the substance and purpose of each exhibit and the name of the

18  sponsoring witness;

19      h.      Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u>

20  (plaintiff shall use numbers and defendant shall use letters); and deliver the original and

21  **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at

22  least one week before trial.

23      (See Label)

24

25                      UNITED STATES DISTRICT COURT

26                      NORTHERN DISTRICT OF CALIFORNIA

27

28                      Case No. _____

1

Exhibit No. _____

2

3

Date entered: _____

4

5

RICHARD W. WIEKING, Clerk

6

By: _____

7

Deputy Clerk

8

j.        Serve and file proposed joint voir dire questions and joint jury

9

instructions for cases to be tried by jury (further instructions regarding jury instructions

10

below);

11

k.        Serve and file proposed findings of fact and conclusions of law for cases

12

to be tried by the Court.

13

l.        Serve and file a proposed verdict form which contains no reference to

14

submitting party.

15

m.        **Two courtesy copies** of trial briefs and motions in limine shall be

16

provided.

17

n.        No party shall be permitted to call any witness or offer any exhibit in its

18

case in chief that is not disclosed in these pretrial filings without leave of court and for good

19

cause.

20

5.        **Not less than nine calendar days** prior to the pretrial conference, counsel or

21

parties shall serve and file any opposition or objection to those items required by section 3

22

(e), (f), (i),(j), (k) and (l) of this order.  Additionally, counsel or parties shall file any

23

objections to the qualifications of expert witnesses contained in the opposing party's

24

witness list.  Objections not filed as required will be deemed waived.  No replies shall be

25

filed.  All motions and objections shall be heard at the pretrial conference unless otherwise

26

ordered.

27

28

1

2        6.      JURY TRIAL

3               a.      Counsel shall submit an **agreed upon set** of additional voir dire

questions to be posed by the Court.  Any voir dire questions on which counsel cannot

agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after

the Court's questioning.

               b.      The following jury instructions from the Manual of Model Civil Jury

Instructions for the Ninth Circuit (April 2007) will be given absent objection: 1.1B, 1.1C, 1.3,

1.6 - 1.14, 1.18, 1.19, 2.1 - 2.4, 2.11,  3.1 - 3.4..  The Ninth Circuit Manual of Model Civil

Jury Instructions is available on the web site for the U.S. District Court for the Northern

District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home page button

at the lower left of the first screen and then choose the Manual of Model Civil Jury

Instructions from the list on the right hand side of the next screen.  Counsel shall also

submit an agreed upon set of case-specific instructions, using the Ninth Circuit Manual of

Model Civil Jury Instructions where appropriate.  Do not submit duplicates of those listed

above.  Any instructions to which counsel cannot agree may be submitted separately.

Each requested instruction shall be typed in full on a separate page with citations to the

authority upon which it is based <u>and</u> a reference to the party submitting it.  A **second blind

copy** of each instruction and verdict form shall also be submitted omitting the citation to

authority and the reference to the submitting party.


        7.      All documents filed with the Clerk of the Court shall list the civil case number

followed by the initials "**JL**."  One copy shall be clearly marked as a **<u>chambers</u>** copy.

               Plaintiff shall re-file the second amended complaint.

               The parties shall appear for a further case management conference on April 26 at

10:30 a.m. Counsel shall provide the court with an updated case management conference

statement a few days prior to the conference.

1          IT IS SO ORDERED.

2

3      DATED: September 29, 2008

4                                        _____
                                              James Larson
5                                         Chief Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California