Robert O. Whyte (SBN 130021)
Christina A. Dondero (SBN 230616)
NIESAR & WHYTE, LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300
Facsimile: (415) 882-5400
rwhyte@ncblaw.com
cdondero@ncblaw.com

*Attorneys for Plaintiff/Counter-defendant Picketfence, Inc. d/b/a SandBox Studio*

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
JEFFREY L. WIDMAN
321 North Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-0151
Facsimile: (312) 275-0557
jlwidman@shawgussis.com

*Attorneys for Defendant/Counter-claimant R.R. Donnelley & Sons Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | **Case No. C 07-1551 JL**<br><br>**STIPULATION REGARDING EXPERT WITNESS DEADLINES; [PROPOSED] ORDER THEREON** |

Pursuant to an agreement between Plaintiff/Counter-Defendant, PICKETFENCE, INC. d/b/a SANDBOX STUDIO ("SandBox") and Defendant/Counterclaimant, R.R. DONNELLEY

{5931 ORD A0217846.DOC 2}

1

& SONS CO., ("Donnelley") (SandBox and Donnelley are hereinafter referred to collectively as the "Parties"), the Parties hereby Stipulate to the following:

1. The date for the Parties to exchange their expert witness report is continued to December 8, 2008;

2. The date for the Parties to designate their rebuttal experts is continued to January 19, 2009; and

3. By November 20, 2008, SandBox will provide a partial response to Donnelley's interrogatory No. 15, by identifying all experts that Plaintiff has retained to testify in this case, and for each such expert will state the subject matter on which the expert is expected to testify and his or her qualifications.

Date: November 19, 2008  **NEISAR & WHYTE LLP**

By: /s/ Robert O. Whyte
Robert O. Whyte
**NEISAR & WHYTE LLP**
Attorneys for Plaintiff/Counter-Defendant
PicketFence, Inc. doing business as
SandBox Studio

Date: November 19, 2008  **SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

By: /s/ Jeffrey L. Widman
Jeffrey L. Widman *(Admitted Pro Hac Vice)*
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**
Attorneys for Defendant /Counter- Claimant
R.R. Donnelley & Sons Company

**IT IS SO ORDERED.**

Date: November 20, 2008

**The Honorable James Larson**

{5931 ORD A0217846.DOC 2}

2