1  JEFFREY L. WIDMAN
   **SHAW GUSSIS FISHMAN GLANTZ**
2  **WOLFSON & TOWBIN LLC**
   321 N. Clark Street, Suite 800
3  Chicago, IL 60610
4  Telephone: (312) 541-1051
   Fax: (312) 275-0557
5
   JAMIE L. DUPREE
6  **FUTTERMAN & DUPREE LLP**
   160 Sansome St Fl 17
7  San Francisco, CA 94104
   Telephone (415) 399-3840
8  Fax: (415) 399-3838
   Attorneys for Defendant/Counter Claimant
9  R.R. Donnelley & Sons Company

10 Robert O. Whyte (SBN 130021)
   Christina A. Dondero (SBN 230616)
11 **NIESAR & WHYTE, LLP**
   90 New Montgomery Street, 9th Floor
12 San Francisco, California  94105
13 Telephone: (415) 882-5300
   Fax: (415) 882-5400
14 Attorneys for Plaintiff/Counter-Defendant
   PicketFence, Inc. doing
15 business as SandBox Studio

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO, | **Case No. C 07-1551 JL** |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| R. R. DONNELLEY & SONS COMPANY, a Delaware corporation; and DOES 1 through 30, inclusive, | |
| Defendants | |
| AND RELATED COUNTERCLAIM | |

- 1 -

Plaintiff/Counter-Defendant Picketfence, Inc. and Defendant/Counter-Plaintiff R.R. Donnelley & Sons Company ("Donnelley"), by their undersigned counsel, submit this Stipulation and Proposed Order to Amend Case Management and Pretrial Order. On December 10, 2008, the parties attended a mediation with JAMS Mediator and former Federal Judge Edward Infante. While the parties did not settle the case at that time, Judge Infante recommended that the parties suspend their discovery efforts four to six weeks thereby reducing their respective attorneys' fees and costs so that Judge Infante could further explore the possibility of a settlement and a possible second mediation session. Consequently, the parties have temporarily suspended their efforts to schedule depositions and conduct further discovery, which in turn, necessitates an extension of various deadlines in the case. The stipulation seeks to continue the scheduled trial date and move various deadlines for discovery, dispositive motions and court hearing dates scheduled by this Court pursuant to its Case Management and Pretrial Order dated September 29, 2008 (Docket #101), as amended by the Court pursuant to the parties' Stipulation Regarding Expert Witness Deadlines dated November 29, 2008 (Docket #107) as follows:

1. The discovery deadline of February 11, 2009 is continued to **May 12, 2009**.
2. The dispositive motion deadline of March 18, 2009 is continued to **June 3, 2009**.
3. The hearing date for dispositive motions is continued from April 22, 2009 to **July 8, 2009.**
4. The case management conference scheduled for April 26, 2009 is continued to **July 8, 2009 at 10:30 a.m**.
5. The final pretrial conference is continued from May 20, 2009 to **August 5, 2009 at 11:00 a.m**. in Courtroom F, 15th Floor.
6. The trial date of June 15, 2009 is continued to **August 31, 2009**.
7. All other provisions and deadlines contained in the Court's Case Management Order shall remain intact.

- 2 -

STIPULATION AND PROPOSED ORDER TO CONTINUE VARIOUS DEADLINES
CASE No. C07-1551 JL

| | | |
|---|---|---|
| 1 | Dated: January 20, 2009 | **NIESAR & WHYTE LLP** |
| 2 | | |
| 3 | | By: /s/ Robert O. Whyte |
| | | Robert O. Whyte |
| 4 | | **NIESAR & WHYTE LLP** |
| | | Attorneys for Plaintiff/Counter-Defendant |
| 5 | | PicketFence, Inc. d/b/a SandBox Studio |

Dated: January 20, 2009    **SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

By: /s/ Jeffrey L. Widman
Jeffrey L. Widman (*Admitted Pro Hac Vice*)
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**
Attorneys for Defendant/Counter-Claimant
R.R. Donnelley & Sons Company

Dated: January 20, 2009    **FUTTERMAN & DUPREE LLP**

By: /s/ Jamie L. Dupree
Jamie L. Dupree
**FUTTERMAN & DUPREE LLP**
Attorneys for Defendant/Counter-Claimant
R.R. Donnelley & Sons Company

**ORDER**

IT IS SO ORDERED:

Dated: February 10, 2009

_____
The Honorable James Larson

- 3 -

STIPULATION AND PROPOSED ORDER TO CONTINUE VARIOUS DEADLINES
CASE No. C07-1551 JL