Robert O. Whyte (SBN 130021)
Christina A. Dondero (SBN 230616)
**NIESAR & WHYTE, LLP**
90 New Montgomery Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 882-5300
Fax: (415) 882-5400
Attorneys for Plaintiff/Counter-Defendant
PicketFence, Inc. doing
business as SandBox Studio

Jeffrey L. Widman
**SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC**
321 N. Clark Street, Suite 800
Chicago, IL 60610
Telephone: (312) 541-1051
Fax: (312) 275-0557

Jamie L. Dupree
**FUTTERMAN & DUPREE LLP**
160 Sansome St Fl 17
San Francisco, CA 94104
Telephone (415) 399-3840
Fax: (415) 399-3838
Attorneys for Defendant/Counter Claimant
R.R. Donnelley & Sons Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PICKETFENCE, INC., a California corporation doing business as SANDBOX STUDIO,<br><br>Plaintiff,<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY, a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendants<br>AND RELATED COUNTERCLAIM | **Case No. C 07-1551 JL**<br><br>**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

- 1 -

As a result of the parties executing a Settlement Agreement and Mutual Release, it is hereby stipulated by and between Plaintiff/Counter-Defendant Picketfence, Inc. doing business as SandBox Studio and Defendant/Counter-Plaintiff R.R. Donnelley & Sons Company ("Donnelley") through their designated counsel that the above captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and (c)(2). Each party agrees to bear its own attorneys' fees, costs and expenses of litigation.

Dated: March 30, 2009         **NIESAR & WHYTE LLP**

By: /s/ Robert O. Whyte
Robert O. Whyte
**NIESAR & WHYTE LLP**
Attorneys for Plaintiff/Counter-Defendant
PicketFence, Inc. d/b/a SandBox Studio

Dated: March 30, 2009         **SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

By: /s/ Jeffrey L. Widman
Jeffrey L. Widman (*Admitted Pro Hac Vice*)
**SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**
Attorneys for Defendant/Counter-Claimant
R.R. Donnelley & Sons Company

Dated: March 30, 2009         **FUTTERMAN & DUPREE LLP**

By: /s/ Jamie L. Dupree
Jamie L. Dupree
**FUTTERMAN & DUPREE LLP**
Attorneys for Defendant/Counter-Claimant
R.R. Donnelley & Sons Company

**ORDER**

**IT IS SO ORDERED:**

Dated: March 31, 2009

_____
The Honorable James Larson

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE
CASE No. C07-1551 JL